**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 3:07-CR-13-PPS |
| ) | |
| ELENO SANCHEZ MERAZ a/k/a Jose, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A PLEA OF GUILTY BY DEFENDANT ELENO SANCHEZ MERAZ**

TO:   THE HONORABLE PHILIP S. SIMON,  JUDGE,
         UNITED STATES DISTRICT COURT

Upon Defendant Eleno Sanchez Meraz's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before the undersigned Magistrate Judge Paul R. Cherry, on February 19, 2008, with the consent of Defendant Eleno Sanchez Meraz, counsel for Defendant Eleno Sanchez Meraz, and counsel for the United States of America.

The hearing on Defendant Eleno Sanchez Meraz's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the undersigned Magistrate Judge in open court and on the record.

In consideration of that hearing, the statements made by Defendant Eleno Sanchez Meraz under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney and of counsel for Defendant Eleno Sanchez Meraz,

I FIND as follows:

(1) that Defendant Eleno Sanchez Meraz understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Eleno Sanchez Meraz understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant Eleno Sanchez Meraz understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Eleno Sanchez Meraz understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Eleno Sanchez Meraz has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Eleno Sanchez Meraz is competent to plead guilty;

(6) that Defendant Eleno Sanchez Meraz understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Eleno Sanchez Meraz's plea; and further,

I **RECOMMEND** that the Court accept Eleno Sanchez Meraz's plea of guilty to the offense charged in Count I of the Superseding Indictment and that Defendant Eleno Sanchez Meraz be adjudged guilty of the offense charged in Count I of the Superseding Indictment and have sentence imposed.  A Presentence Report has been ordered.  Should this Report and Recommendation be accepted and Defendant Eleno Sanchez Meraz be adjudged guilty, sentencing has been scheduled for **June 12, 2008, at 1:00 p.m.** in the Hammond Division, before Judge Philip Simon.  The Court **ORDERS** the United States Marshal to **PRODUCE** Defendant Eleno Sanchez Meraz for sentencing.  Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B).

So ORDERED this 20th day of February, 2008.

    s/ Paul R. Cherry
    MAGISTRATE JUDGE PAUL R. CHERRY
    UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Honorable Philip Simon