**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.: 3:07 CR 13 PS |
| | ) | |
| JESUS J. GARCIA, *et al.* | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendants Jesus J. Garcia, No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty.  Accordingly, the Court now **ADOPTS** those findings and recommendations.  The Court **ACCEPTS** Jesus J. Garcia's plea of guilty, and **FINDS** Garcia guilty of the offense charged in Count 1 of the Superseding Indictment, in violation of 21 U.S.C. § 846.  The Court **ACCEPTS** Eleno Sanchez Meraz's plea of guilty, and **FINDS** Meraz guilty of the offense charged in Count I of the Superseding Indictment, in violation of 21 U.S.C. § 846.  The Court **ACCEPTS** Omar Loza's plea of guilty of the offense charged in Count I of the Superseding Indictment, and **FINDS** Loza guilty of the offense charged in 21 U.S.C. § 846.

**SO ORDERED.**

ENTERED:  March 7, 2008

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT